## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

SILAS STEWARD,                                    Case No. 24-cv-3580 (LMP/JFD)

                   Plaintiff,

v.

                                                       **ORDER ADOPTING**
SOCIAL MEDIA/FACEBOOK,                         **REPORT AND RECOMMENDATION**
RANDY HEIDELBERBER, EUGENE
PATTERSON, and TOSHA
PATTERSON,

                   Defendants.

Before the Court is the Report and Recommendation ("R&R") (ECF No. 9) of United States Magistrate Judge John F. Docherty, which recommends dismissing Plaintiff Silas Steward's Complaint (ECF No. 1) without prejudice and denying Steward's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2) as moot. No objections have been filed to the R&R in the time period permitted, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error in the recommendation that this action be dismissed for lack of jurisdiction, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1.      The R&R (ECF No. 9) is **ADOPTED IN FULL**;

2.      Steward's complaint (ECF No. 1) is **DISMISSED** without prejudice; and

3.      Steward's Application to Proceed Without Prepaying Fees or Costs (ECF

No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 13, 2025                    *s/Laura M. Provinzino*
_____
                                           Laura M. Provinzino
                                           United States District Judge